# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**Civil Case Number:** _____

|  |  |
|---|---|
| Brandon Keeven, | : |
| Plaintiff, | : |
| vs. | : |
| Harley-Davidson Credit Corp.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## COMPLAINT

For this Complaint, the Plaintiff, Brandon Keeven, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Brandon Keeven ("Plaintiff"), is an adult individual residing in Port Charlotte, Florida, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4. The Defendant, Harley-Davidson Credit Corp. ("Harley-Davidson"), is an Illinois business entity with an address of 222 West Adams Street, Suite 2000, Chicago, Illinois 60606, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual agents employed by Harley-Davidson and whose identities are currently unknown to Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Harley-Davidson at all times acted by and through one or more of the Agents.

## FACTS

7. Within the last four years, Harley-Davidson contacted the Plaintiff's cellular telephone, number 941-XXX-6513 in an attempt to collect a financial obligation (the "Debt") allegedly owed by Plaintiff.

8. During all times mentioned herein, Harley-Davidson called Plaintiff by using an automatic telephone dialer system ("ATDS" or "predictive dialer").

9. On or about August 16, 2016, Plaintiff spoke with a live agent and demanded all calls to his cellular telephone cease.

10. Despite the foregoing, Plaintiff continued received automated calls from Harley-Davidson.

## COUNT I
## VIOLATIONS OF THE TCPA 47 U.S.C. § 227, et seq.

11. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. At all times mentioned herein and within the last four years, Defendant called Plaintiff on his cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

13. Defendant continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the

calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

14. The telephone number called by Defendant was and is assigned to a cellular telephone for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

1. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

2. Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

3. Each of the aforementioned calls made by Defendant constitutes a violation of the TCPA.

4. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

15. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

   3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: January 30, 2017

                                  Respectfully submitted,

                                  By /s/ Stan Michael Maslona
                                  Stan Michael Maslona, Esq.
                                  Florida Bar No. 86128
                                  Lemberg Law, LLC
                                  43 Danbury Road, 3rd Floor
                                  Wilton, CT 06897
                                  Telephone: (203) 653-2250
                                  Facsimile: (203) 653-3424
                                  smaslona@lemberglaw.com